No. 4076.—Maldonado, apdo., *v.* Tellado, aplte.—C. D. San Juan. Nov. 15, 1926. Desestimado el recurso a instancia del apelado porque radicada la apelación en julio 28,

1926, no se ha presentado hasta la fecha la exposición del caso ni el apelante solicitado prórroga alguna a ese efecto.